1
2
3
4
5
6
7
8           **UNITED STATES DISTRICT COURT**
9           **EASTERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| 11  EDUBIGES LOPEZ, | )  Case No.: 1:16-cv-00340 DAD JLT |
| 12             Plaintiff, | )  ORDER AMENDING THE CASE SCHEDULE |
| 13        v. | ) |
| 14  MARTIN BANS, | ) |
| 15             Defendants. | ) |
| 16 _____ | ) |

17          The Court issued a case schedule in this matter on December 28, 2016.  (Doc. 32)  On July 10,

18   2017, at the mid-discovery status conference, the Court learned that during January 2017, counsel for

19   the plaintiff became seriously ill and was away from his office until March 2017.  When he returned,

20   he had a backlog of cases and did not turn his attention to this matter until May 2017.  Since that time,

21   he has been working on gathering the information for the plaintiff's initial disclosure.  At the

22   conference the Court ordered the plaintiff to make her disclosure no later than July 14, 2017, finding

23   that the disclosure had been far too delayed.  Because there remains insufficient time for the parties to

24   discovery the case, the Court **GRANTS** their request (Doc. 35 at 1) to amend the case schedule to add

25   90 days to the current dates, as follows:

26                 1.       All non-expert discovery **SHALL** be completed no later than **December 29,**

27   **2017**;

28                 2.       All expert experts **SHALL** be disclosed no later than **January 19, 2018** and any

1  rebuttal experts disclosed no later than **February 16, 2018**.  All expert discovery **SHALL** be

2  completed no later than **March 9, 2018**;

3        3.      Non-dispositive motions **SHALL** be filed no later than **March 19, 2018** and

4  heard no later than **April 16, 2018**;

5        4.      Dispositive motion **SHALL** be filed no later than **May 4, 2018** and heard no

6  later than **June 19, 2018;**

7        5.      The settlement conference is set on **June 22, 2018** at 9:00 a.m.;

8        6.      The pretrial conference is set on **July 16, 2018** at 2:30 p.m. before District

9  Judge Dale A. Drozd in Courtroom 5;

10       7.      The trial is set on **September 11, 2018** at 8:30 a.m. before District Judge Dale

11  A. Drozd in Courtroom 5.

12  **No further amendments to the case schedule are contemplated.**

13

14  IT IS SO ORDERED.

15     Dated:   __July 13, 2017__                    _____**/s/ Jennifer L. Thurston**

16                                                      UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

2