1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

11 EDUBIGES LOPEZ,                              )  Case No.: 1:16-cv-00340 DAD JLT
                                                )
12              Plaintiff,                       )  ORDER CLOSING CASE
                                                )  (Doc. 40)
13        v.                                     )
                                                )
14 MARTIN BANS,                                  )
                                                )
15              Defendant.                       )
   _____    )

16        The parties have stipulated to dismiss the action[1] with each side to bear their own fees and

17 costs.  (Doc. 40) The stipulation relies upon Fed.R.Civ.P. 41, which permits the plaintiff to dismiss

18 an action without a court order "by filing . . . a stipulation of dismissal signed by all parties who

19 have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii).  Because all parties who have appeared in the

20 action signed the stipulation (Doc. 79), it "automatically terminate[d] the action." *Wilson v. City of*

21 *San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).  Accordingly, the Clerk of Court is **DIRECTED** to

22 close this action.

23

24 IT IS SO ORDERED.

25    Dated:   **June 15, 2018**                      _____**/s/ Jennifer L. Thurston**_____

26                                                     UNITED STATES MAGISTRATE JUDGE

27

28

---

[1] The stipulation indicates that the dismissal is "as against MARTIN BANS." (Doc. 40 at 1) Because Mr. Bans is the only defendant, this stipulation acts as a dismissal of the entire action.